(No. 6801.   March 11, 1941.)

PLEASANT VALLEY IRRIGATION COMPANY, LIMITED, a Corporation, Respondent, v. DONALD LORD and OLIVER LORD, Appellants.

[111 Pac. (2d) 640.]

Elam & Burke and Thomas L. Martin, for Appellants.

Davison & Davison and Edwin Snow, for Respondents.

GIVENS, J.—This action involves respective water rights, claimed by appellant and respondents in Black's Creek, alias Ten-Mile Creek, conflicting as to priority both in time and amount.

The assignments of error challenge only the findings of fact; thus, issues of fact alone are the essence of the controversy.

The evidence, though conflicting, is sufficient to sustain the findings of fact and the judgment is therefore affirmed. (*Evans v. Davidson*, 58 Ida. 600, 77 Pac. (2d) 661; *In re Randall's Estate*, 58 Ida. 143, 70 Pac. (2d) 389; *Eaton v. McWilliams*, 52 Ida. 145, 12 Pac. (2d) 259; *Walker v. Jackson*, 48 Ida. 18, 279 Pac. 293; *East-*

*wood v. Standard Mines & Mill. Co.,* 11 Ida. 195, 81 Pac. 382; *McKissick v. Oregon Short Line Ry Co.,* 13 Ida. 195, 89 Pac. 629; *Patrick v. Bisbee,* 52 Ida. 369, 15 Pac. (2d) 730; *Gordon v. Sunshine Mining Co.,* 43 Ida. 439, 252 Pac. 870; *Lisenby v. Intermountain State Bank,* 33 Ida. 101, 190 Pac. 355.)

Costs awarded to respondent.

Budge, C. J., and Morgan, Holden and Ailshie, JJ., concur.